| | |
|---|---|
| 1 | Karyn M. Taylor, Esq. |
| | Nevada Bar No. 6142 |
| 2 | Taylor A. Buono, Esq. |
| | Nevada Bar. No. 15513 |
| 3 | LITTLER MENDELSON, P.C. |
| | 8474 Rozita Lee Avenue |
| 4 | Suite 200 |
| | Las Vegas, NV 89113.4770 |
| 5 | Telephone:   702.862.8800 |
| | Fax No.:       702.862.8811 |
| 6 | kmtaylor@littler.com |
| | tbuono@littler.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | UNICITY INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER RODRIGUEZ, an individual, | | Case No. 2:25-cv-00754-APG-MDC |
| Plaintiff, | | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | | |
| UNICITY INTERNATIONAL, INC., a Delaware Corporation, | | **[FIRST REQUEST]** |
| Defendant. | | |

Plaintiff ALEXANDER RODRIGUEZ ("Plaintiff") and Defendant UNICITY INTERNATIONAL, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 10, 2025, up to and including **June 24, 2025.**

The parties agree that good cause exists for this extension as counsel for Defendant was only recently retained. The additional time will allow defense counsel to conduct an investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 3, 2025

Respectfully submitted,

*/s/ Marian L. Massey*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

*Attorneys for Plaintiff*
ALEXANDER RODRIGUEZ

Dated:  June 3, 2025

Respectfully submitted,

*/s/ Taylor A. Buono*
Karyn M. Taylor, Esq.
Taylor A. Buono, Eq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
UNICITY INTERNATIONAL, INC.

**IT IS SO ORDERED.**

Dated: 6-20-25

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2

4915-4950-3818.1