# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALEXANDER RODRIGUEZ,

     Plaintiff,

v.

UNICITY INTERNATIONAL, INC.,

     Defendant.

Case No. 2:25-cv-00754-APG-NJK

**Order**

[Docket No. 18]

Pending before the Court is the parties' stipulation to continue the early neutral evaluation set for September 2, 2025, Docket No. 18, which is **GRANTED.**[1]  The early neutral evaluation is hereby **CONTINUED** to 10:00 a.m. on September 8, 2025.  Early neutral evaluation statements must be submitted by 3:00 p.m. on September 2, 2025.  All other requirements set forth in the Court's order at Docket No. 13 continue to apply.

IT IS SO ORDERED.

Dated: July 10, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] The parties still fail to provide whether one or both attorneys have a conflict.  *See* Docket No. 15.