# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEXANDER RODRIGUEZ,

    Plaintiff(s),

v.

UNICITY INTERNATIONAL, INC.,

    Defendant(s).

Case No. 2:25-cv-00754-GMN-NJK

**Order**

    The undersigned was assigned to this case as the ENE evaluating judge. Docket No. 3. On June 25, 2025, the undersigned set the ENE. Docket No. 13; *see also* Docket No. 19 (granting stipulation to continue ENE). On July 16, 2025, a notice of related cases was filed. Docket No. 20. On July 18, 2025, the case was reassigned such that the undersigned is now both the assigned magistrate judge and the ENE evaluating judge. *See* Docket No. 21.

    Because the local rules envision that the assigned magistrate judge will not act as the evaluating judge for ENE purposes, *see* Local Rule 16-6, the Clerk's Office is **INSTRUCTED** to update the docket such that the evaluating ENE judge will be United States Magistrate Judge Brenda N. Weksler.[1] In addition, the ENE as currently set is **VACATED** subject to resetting by Judge Weksler.

    IT IS SO ORDERED.

    Dated: July 23, 2025

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] Judge Weksler is the ENE evaluating judge on the low-numbered case.