JEMMA E. DUNN
Nevada State Bar No. 16229
MATTHEW T. HALE
Nevada State Bar No. 16880
MARIAN L. MASSEY
Nevada State Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 JDunn@GGTrialLaw.com
 MHale@GGTrialLaw.com
 MMassey@GGTrialLaw.com

*Attorneys for Plaintiff Alexander Rodriguez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNICITY INTERNATIONAL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 2:25-cv-000754-GMN-NJK<br><br>(Related to Case No.: 2:25-cv-00738-GMN-NJK)<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF ALEXANDER RODRIGUEZ TO RESPOND TO DEFENDANT UNICITY INTERNATIONAL, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 22)**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Alexander Rodriguez ("Plaintiff"), by and through his respective counsel of record, and Defendant Unicity International, Inc. ("Defendant"), by and through its respective counsel of record, that Plaintiff shall have until August 19, 2025 to file his response to Defendant's Motion to Dismiss First Amended Complaint. This Stipulation is submitted and based upon the following:

/ / /

---

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT UNICITY INTERNATIONAL INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 22)

1.    Plaintiff's Complaint was filed in the United States District Court, District of Nevada on April 30, 2025 and asserted claims related to Plaintiff's employment with Defendant. (ECF No. 1).

2.    On June 24, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 11).

3.    On July 8, 2025, Plaintiff filed a First Amended Complaint (ECF No. 16).

4.    On July 22, 2025, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 22). Thus, Plaintiff must file a response to the Motion to Dismiss First Amended Complaint (the "Motion") within 14-days, on or before August 5, 2025.  (*See* LR 7-2(b)).

3.    Plaintiff's counsel has a pre-planned family vacation during the week of August 4, 2025.  Due to counsel's schedule, Plaintiff respectfully requests a brief extension to the response deadline to respond to the Motion.

4.    The Parties have agreed to extend the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss First Amended Complaint by two-weeks, from August 5, 2025 to August 19, 2025, based upon Plaintiff's counsel's vacation during the week the response is due.

5.    This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss First Amended Complaint.

6.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7.    This Stipulation is made in good faith and not for the purpose of delay.

**SO STIPULATED.**

Dated this July 24, 2025.

| **GREENBERG GROSS LLP** | **LITTLER MENDELSON, P.C.** |
|---|---|
| */s/ Marian L. Massey* | */s/ Taylor A. Buono* |
| Jemma E. Dunn, Bar #16229 | Karyn M. Taylor, Bar # 6142 |
| Matthew T. Hale, Bar #16880 | Taylor A. Buono, Bar # 15513 |
| Marian L. Massey, Bar #14579 | 8474 Rozita Lee Ave., Suite 200 |
| 1980 Festival Plaza Dr., Suite 730 | Las Vegas, Nevada 89113 |
| Las Vegas, NV 89135 | |
| | *Attorneys for Defendant Unicity International, Inc.* |
| *Attorneys for Plaintiff Alexander Rodriguez* | |

-2-
STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT UNICITY INTERNATIONAL INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 22)

**IT IS SO ORDERED:**

Plaintiff's deadline to file his response to Defendant's Motion to Dismiss First Amended Complaint by two-weeks, from August 5, 2025 to August 19, 2025

UNITED STATES DISTRICT JUDGE

Dated: July 25, 2025

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT UNICITY INTERNATIONAL INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 22)