Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Taylor A. Buono, Esq.
Nevada Bar. No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone:    702.862.8800
Fax No.:         702.862.8811
kmtaylor@littler.com
tbuono@littler.com

Attorneys for Defendant
UNICITY USA, INC. erroneously served and sued as
UNICITY INTERNATIONAL, INC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNICITY INTERNATIONAL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-00754-GMN-NJK<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Alexander Rodriguez and Defendant Unicity USA, Inc. erroneously served and sued as Unicity International, Inc., through their respective counsel, hereby agree and stipulate to extend the time for Defendant to file a reply in support of their motion to dismiss Plaintiff's amended complaint from the current deadline of August 26, 2025, up to and including **September 9, 2025.**

The additional requested time is needed to accommodate the schedules of counsel and their respective workloads and other deadlines.  The request will provide sufficient time for Defendants to adequately assess the relevant arguments in the response and prepare their reply.  This is the first request for an extension of time to file Defendant's reply in support of their motion to dismiss

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

Plaintiff's amended complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 25, 2025

GREENBERG GROSS LLP

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.

Attorney for Plaintiff
ALEXANDER RODRIGUEZ

Dated: August 25, 2025

LITTLER MENDELSON, P.C.

/s/ Taylor A. Buono
Karyn M. Taylor, Esq.
Taylor A. Buono, Esq.

Attorneys for Defendant
UNICITY INTERNATIONAL, INC.

IT IS SO ORDERED.

Gloria M. Navarro
United States District Judge

Dated: August 27, 2025

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

4928-8058-7106.1