# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Alexander Rodriguez, | Case No. 2:25-cv-00754-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Unicity International, Inc. | |
| Defendant. | |

Plaintiff filed an amended complaint alleging, *inter alia*, employment discrimination by Defendant. ECF No. 16. Magistrate Judge Koppe, who was then assigned as the Early Neutral Evaluation (ENE) judge, scheduled the ENE for September 2, 2025. LR 16-6(a); ECF No. 13. The ENE was continued from September 2, 2025, to September 8, 2025. ECF No. 19. On July 16, 2025, a notice of related cases was filed. ECF No. 20. In turn, Judge Koppe became both the assigned Magistrate Judge and the evaluating Judge in this case. ECF No. 21. In keeping with the rationale behind the local rules, the matter was reassigned to the undersigned Magistrate Judge to conduct the ENE. On July 25, 2025, the undersigned set the ENE for October 22, 2025. ECF No. 29.

Plaintiff's counsel now seeks to continue the ENE explaining that "despite diligent efforts to locate and communicate with Plaintiff in preparation for the ENE, Plaintiff's counsel has been unable to establish contact to meaningfully prepare for participation in the ENE." ECF No. 36. In turn, she requests that the ENE be continued for 30 days. *Id*. Defendant opposes the request. ECF No. 37.

Unless good cause is shown, the evaluation must take place 90 days after the first responding party appears in the case. LR 16-6(d). By all accounts, it appears that (at least as of late) Plaintiff has not been in communication with his counsel. This does not constitute good cause to continue the ENE. This Court agrees with Defendant that "Plaintiff initiated this action

1  and has an obligation to participate in the process." As a result, the motion is denied. Should
2  Plaintiff fail to appear, then the Court will determine what further action is appropriate.
3   **IT IS ORDERED** that Plaintiff's motion to continue the ENE (ECF No. 36) is **DENIED**.
4   **IT IS FURTHER ORDERED** that counsel for Plaintiff shall file a status report no later
5  than October 21, 2025, by noon stating whether she has been able to contact her client.

        DATED: October 17, 2025

                                       _____
                                       BRENDA WEKSLER
                                       UNITED STATES MAGISTRATE JUDGE