# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alexander Rodriguez,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>Unicity International, Inc.,<br><br>　　　Defendant(s). | Case No. 2:25-cv-00754-GMN-NJK<br><br>**Order**<br><br>[Docket No. 42] |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 42. Defendant filed a notice of non-opposition. Docket No. 45. Plaintiff himself did not respond. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address. *See* Docket No. 42 at 4. Plaintiff is advised that he must comply with all deadlines and governing rules. Failure to comply may result in the imposition of sanctions.

　　　IT IS SO ORDERED.

　　　Dated: November 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge